**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DANIEL ROSARIO-GONZALEZ,**

    **Plaintiff,**

v.                                                       Case No: 5:16-cv-106-Oc-CEMPRL

**UNITED STATES OF AMERICA**

    **Defendant.**

## ORDER

This matter is before the Court *sua sponte*. The Court notes that *pro se* Plaintiff has emailed chambers upon several occasions with attachments that appear to be motions requesting relief and that these emails appear to coincide with actual motions that Plaintiff has filed on the docket. Under Local Rule 3.01(f), "[a]ll pleadings and papers to be filed shall be filed with the Clerk of the Court and not with the judge thereof." Accordingly, unless otherwise directed, Plaintiff is **ORDERED** to cease sending emails to Chambers and to file all pleadings with the Clerk of Court.

**DONE** and **ORDERED** in Ocala, Florida on April 13, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties