**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**DANIEL ROSARIO-GONZALEZ,**

    **Plaintiff,**

v.                                                             Case No: 5:16-cv-106-Oc-CEMPRL

**UNITED STATES OF AMERICA**

    **Defendant.**

___

**ORDER**

On April 25, 2016, I entered a report recommending that the Plaintiff's motion to proceed *in forma pauperis* be denied because his complaint did not comply with the Federal Rules of Civil Procedure, his case was already being litigated in Puerto Rico, and because venue lies in Puerto Rico, not here—i.e., it is apparent from the pending complaint that the Plaintiff resides in Puerto Rico and received the care he complains about there. (Doc. 12). Plaintiff has objected to the report and recommendations (Doc. 13) and, without leave, subsequently filed various medical records and other items on the docket.[1] (Docs. 14–18). The objections remain pending.

In the meantime, the Plaintiff has filed the latest motion and asks the Court to decide this case on or by December 13, 2016.[2] (Doc. 19, p. 17). The Court, of course, endeavors to adjudicate all matters in a timely manner, as justice ordinarily requires and as the pending caseload allows. Plaintiff should note that district courts have broad discretion in managing their cases.

---

[1] Plaintiff notes in his objection that the case pending in Puerto Rico has now been dismissed without prejudice. (Doc. 13, ¶ 6).

[2] The motion is titled "Informative Motion" and it sets forth what appears to be the facts of this case, Plaintiff's legal argument, and what appears to be numerous medical records. (Doc. 19).

- 2 -

*Chrysler Int'l Corp v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("Given the caseload of most district courts and the fact that cases can sometimes stretch out over years, district courts must have discretion and authority to ensure that their cases move to a reasonably timely and orderly conclusion."). Thus, the Plaintiff's request that this case be decided by a certain date or otherwise expedited is **DENIED**.

  **DONE** and **ORDERED** in Ocala, Florida on September 28, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties