UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANIEL ROSARIO-GONZALEZ,**

      **Plaintiff,**

v.                                                        **Case No:  5:16-cv-106-Oc-41PRL**

**UNITED STATES OF AMERICA,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* (Doc. 23). United States Magistrate Judge Philip Lammens submitted a Report and Recommendation ("R&R," Doc. 27), in which he recommends that the motion be denied.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* (Doc. 23) is **DENIED**.

3. The Clerk is directed to notify the Court of Appeals of this Order in accordance with Federal Rule of Appellate Procedure 24(a)(4).

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2016.



Copies furnished to:

Unrepresented Party